FILED'06 OCT 26 15:01 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACKSON & PERKINS WHOLESALE, INC., <br><br>　　　Plaintiff,<br><br>　　v.<br><br>SMITH ROSE NURSERY, INC., et al.,<br><br>　　　Defendants. | Civ. No. 03-3091-CO<br><br><br><br>**ORDER** |

**PANNER, District Judge:**

　　Magistrate Judge John P. Cooney filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been timely filed, this court reviews the legal principles de novo. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206 (9th Cir. 1983). I adopt Judge Cooney's Findings and Recommendation.

## CONCLUSION

　　Magistrate Judge Cooney's Findings and Recommendation (#156)

1 - ORDER

is adopted.  Plaintiff's motion for partial summary judgment (#77) is granted in part and denied in part as stated in the Findings and Recommendation, and defendants' motion for summary judgment (#132) is denied.

    IT IS SO ORDERED.

    DATED this  24  day of October, 2006.

                                                       */s/ Owen M. Panner*
                                  OWEN M. PANNER
                                  U.S. DISTRICT COURT JUDGE